JOHN J. KELLY, Appellant, v. XCELLENT HOMES, INC., and SOUTHERN SURETY COMPANY OF NEW YORK, Respondents.— Judgment reversed on the law and the

facts, with costs, the counterclaim dismissed and judgment directed for the plaintiff in the sum of $3,004.86, with costs. Findings of fact numbered " IX,", " X," " XI," " XII," " XIII," " XVIII," " XIX," " XX," " XXI," " XXII,", " XXIII," and conclusions of law numbered " I," " II," " III,". " IV,". and " V ". reversed. New findings will be made in accordance with this decision. We are of opinion that the judgment is not supported by the evidence. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur. Settle order on notice.